# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In re:   Richmond, Terri L                              §       Case No.  09 B 04357
                                                        §
         Debtor                                         §
                                                        §

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Marilyn O. Marshall, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

   1) The case was filed on 02/11/2009.

   2) The plan was confirmed on 04/20/2009.

   3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on (NA).

   4) The trustee filed action to remedy default by the debtor in performance under the plan on (NA).

   5) The case was dismissed on 11/01/2010.

   6) Number of months from filing or conversion to last payment: 21.

   7) Number of months case was pending: 24.

   8) Total value of assets abandoned by court order: (NA).

   9) Total value of assets exempted: $22,400.00.

   10) Amount of unsecured claims discharged without full payment: $0.

   11) All checks distributed by the trustee relating to this case have cleared the bank.

**Receipts:**

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $15,281.34 |
| Less amount refunded to debtor | $1,066.14 |

**NET RECEIPTS:** $14,215.20

**Expenses of Administration:**

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $3,814.00 |
| Court Costs | $0 |
| Trustee Expenses & Compensation | $869.26 |
| Other | $0 |

**TOTAL EXPENSES OF ADMINISTRATION:** $4,683.26

Attorney fees paid and disclosed by debtor    $0

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| Illinois Dept of Revenue | Priority | NA | $4,587.03 | $4,587.03 | $1,061.03 | $0 |
| Internal Revenue Service | Priority | $22,942.00 | $36,620.75 | $36,620.75 | $8,470.91 | $0 |
| Internal Revenue Service | Secured | NA | $26,500.00 | $26,500.00 | $0 | $0 |
| ACA Recovery Inc | Unsecured | $516.00 | NA | NA | $0 | $0 |
| Access Community Health Network | Unsecured | $15.00 | NA | NA | $0 | $0 |
| AETNA | Unsecured | $1,477.00 | NA | NA | $0 | $0 |
| AFNI | Unsecured | $1,065.00 | NA | NA | $0 | $0 |
| Alexian Brothers Medical Center | Unsecured | $1,370.00 | NA | NA | $0 | $0 |
| Allied Interstate | Unsecured | $32.09 | NA | NA | $0 | $0 |
| Allstate | Unsecured | $1,025.00 | NA | NA | $0 | $0 |
| Alverno Clinical Labs | Unsecured | $428.80 | NA | NA | $0 | $0 |
| America's Financial Choice Inc | Unsecured | $380.96 | $380.96 | $380.96 | $0 | $0 |
| America's Financial Choice Inc | Unsecured | $408.69 | NA | NA | $0 | $0 |
| American Carpet Cleaning | Unsecured | $176.02 | NA | NA | $0 | $0 |
| American Medical Collection | Unsecured | $70.00 | NA | NA | $0 | $0 |
| Americas Financial Choice Inc | Unsecured | $208.69 | NA | NA | $0 | $0 |
| Americas Financial Choice Inc | Unsecured | $300.00 | NA | NA | $0 | $0 |

*(Continued)*

UST Form 101-13-FR-S (09/01/2009)

**Scheduled Creditors:** *(Continued)*

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| Angela Dickerson | Unsecured | $3,000.00 | NA | NA | $0 | $0 |
| APS | Unsecured | $241.70 | NA | NA | $0 | $0 |
| Arrow Financial Services | Unsecured | $228.99 | NA | NA | $0 | $0 |
| Aspire | Unsecured | $179.00 | NA | NA | $0 | $0 |
| AT&T | Unsecured | $393.73 | NA | NA | $0 | $0 |
| Aunt Martha's Community Health Ce | Unsecured | $638.00 | NA | NA | $0 | $0 |
| AWA Collection | Unsecured | $962.40 | NA | NA | $0 | $0 |
| AWA Collection | Unsecured | $1,032.89 | NA | NA | $0 | $0 |
| Bank Of America | Unsecured | $1,000.00 | NA | NA | $0 | $0 |
| Bank One | Unsecured | $232.75 | NA | NA | $0 | $0 |
| Bank One | Unsecured | $1,000.00 | NA | NA | $0 | $0 |
| Bennett & Deloney | Unsecured | $125.00 | NA | NA | $0 | $0 |
| Capital Management | Unsecured | $286.75 | NA | NA | $0 | $0 |
| Cash Call | Unsecured | $3,703.75 | $7,481.31 | $7,481.31 | $0 | $0 |
| Central Portfolio Control Inc | Unsecured | $1,025.00 | NA | NA | $0 | $0 |
| Certegy Payment Recovery Services | Unsecured | $1,000.00 | NA | NA | $0 | $0 |
| Chex Systems Inc | Unsecured | $2,000.00 | NA | NA | $0 | $0 |
| Chicago Tribune | Unsecured | $16.25 | NA | NA | $0 | $0 |
| City Of Chicago Dept Of Revenue | Unsecured | $1,500.00 | $1,540.46 | $1,540.46 | $0 | $0 |
| City Of Woodale | Unsecured | $268.43 | NA | NA | $0 | $0 |
| City Of Woodale | Unsecured | $49.82 | NA | NA | $0 | $0 |
| Clayton J Swank | Unsecured | $275.00 | NA | NA | $0 | $0 |
| Collection Professionals Inc | Unsecured | $347.48 | NA | NA | $0 | $0 |
| Commonwealth Edison | Unsecured | $1,409.87 | $2,457.95 | $2,457.95 | $0 | $0 |
| Consultants In Clinical Pathol | Unsecured | $89.20 | NA | NA | $0 | $0 |
| Cornelius Knowles | Unsecured | $8.00 | NA | NA | $0 | $0 |
| Credit Protection Association | Unsecured | $776.31 | NA | NA | $0 | $0 |
| David J Axelrod & Assoc | Unsecured | $350.00 | NA | NA | $0 | $0 |
| Dun & Bradstreet | Unsecured | $7.28 | NA | NA | $0 | $0 |
| E R Mousa | Unsecured | $420.00 | NA | NA | $0 | $0 |
| Elk Grove Radiology | Unsecured | $36.00 | NA | NA | $0 | $0 |
| Equifax Check | Unsecured | $1,000.00 | NA | NA | $0 | $0 |
| Evergreen Professional Recoveries | Unsecured | $500.00 | NA | NA | $0 | $0 |
| Excel Emergency Care | Unsecured | $325.00 | NA | NA | $0 | $0 |
| EZ Phone | Unsecured | $147.68 | NA | NA | $0 | $0 |
| General Revenue Corp | Unsecured | $2,399.00 | NA | NA | $0 | $0 |
| Genesis Financial Svcs Dba USA We | Unsecured | $1,189.75 | $1,189.75 | $1,189.75 | $0 | $0 |

*(Continued)*

**Scheduled Creditors:** *(Continued)*

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| Gentile Healthcare Associates SC | Unsecured | $20.00 | NA | NA | $0 | $0 |
| Gerald J Mingolelli MD | Unsecured | $120.03 | NA | NA | $0 | $0 |
| Harvard Collection Services In | Unsecured | $596.00 | NA | NA | $0 | $0 |
| Harvard Collection Services In | Unsecured | $2,122.83 | NA | NA | $0 | $0 |
| High Priority | Unsecured | NA | $2,157.30 | $2,157.30 | $0 | $0 |
| Honor Finance | Unsecured | $3,930.54 | NA | NA | $0 | $0 |
| I C Systems Inc | Unsecured | $147.00 | NA | NA | $0 | $0 |
| Illinois Collection Service | Unsecured | $75.00 | NA | NA | $0 | $0 |
| Illinois Collection Service | Unsecured | $255.00 | NA | NA | $0 | $0 |
| Illinois Dept Of Employment Security | Unsecured | $4,137.00 | $4,137.00 | $4,137.00 | $0 | $0 |
| Illinois Dept Of Employment Security | Unsecured | $4,137.00 | NA | NA | $0 | $0 |
| Illinois Dept of Revenue | Unsecured | $1,220.37 | $1,697.74 | $1,697.74 | $0 | $0 |
| Imagine | Unsecured | $497.51 | NA | NA | $0 | $0 |
| Imagine | Unsecured | $661.00 | NA | NA | $0 | $0 |
| Impact Cash USA | Unsecured | $400.00 | $465.00 | $465.00 | $0 | $0 |
| Insta Cash | Unsecured | $1,247.52 | NA | NA | $0 | $0 |
| Internal Revenue Service | Unsecured | $35,033.00 | $9,680.36 | $9,680.36 | $0 | $0 |
| Jermaine Washington | Unsecured | $4,000.00 | NA | NA | $0 | $0 |
| Kia McGary | Unsecured | $1,200.00 | NA | NA | $0 | $0 |
| Kia McGary | Unsecured | $1,200.00 | NA | NA | $0 | $0 |
| Little Company Of Mary Hospital | Unsecured | $1,760.34 | NA | NA | $0 | $0 |
| Malcolm S Gerald & Assoc | Unsecured | $75.00 | NA | NA | $0 | $0 |
| Marauder Corporation | Unsecured | $459.00 | NA | NA | $0 | $0 |
| Medical Collections | Unsecured | $28.00 | NA | NA | $0 | $0 |
| Metro Teleconnect | Unsecured | $103.63 | NA | NA | $0 | $0 |
| Mitchell N Kay | Unsecured | $492.24 | NA | NA | $0 | $0 |
| Mutual Hospital Services | Unsecured | $375.00 | NA | NA | $0 | $0 |
| NAFS | Unsecured | $286.75 | NA | NA | $0 | $0 |
| NCO Financial Systems | Unsecured | $158.00 | NA | NA | $0 | $0 |
| NES National Enterprises Systems | Unsecured | $15,258.46 | NA | NA | $0 | $0 |
| Nicor Gas | Unsecured | $424.88 | NA | NA | $0 | $0 |
| Norman G Kalina Esq | Unsecured | $516.00 | NA | NA | $0 | $0 |
| Northwest Premium Services | Unsecured | $230.00 | $1,439.57 | $1,439.57 | $0 | $0 |
| Northwestern Medical Faculty | Unsecured | $359.00 | NA | NA | $0 | $0 |
| Northwestern Memorial Hospital | Unsecured | $125.00 | NA | NA | $0 | $0 |
| Northwestern Memorial Physicians G | Unsecured | $175.00 | NA | NA | $0 | $0 |
| Norwest Capital Investment | Unsecured | NA | $1,308.70 | $1,308.70 | $0 | $0 |

*(Continued)*

**Scheduled Creditors:** *(Continued)*

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| Omnium Worldwide | Unsecured | $393.73 | NA | NA | $0 | $0 |
| Pay Day Loan Store Of Illinois | Unsecured | $892.10 | $406.06 | $406.06 | $0 | $0 |
| Pellettieri & Associates | Unsecured | $1,370.00 | NA | NA | $0 | $0 |
| Pellettieri & Associates | Unsecured | $75.00 | NA | NA | $0 | $0 |
| PNC Bank NA | Unsecured | $259.82 | NA | NA | $0 | $0 |
| Professional Account Management | Unsecured | $58.00 | NA | NA | $0 | $0 |
| Revenue Production Mgmt | Unsecured | $75.00 | NA | NA | $0 | $0 |
| RoundUp Funding LLC | Unsecured | $1,538.01 | $1,538.01 | $1,538.01 | $0 | $0 |
| RoundUp Funding LLC | Unsecured | NA | $455.00 | $455.00 | $0 | $0 |
| RPM Inc | Unsecured | $1,103.00 | NA | NA | $0 | $0 |
| Short Term Loans LLC | Unsecured | $602.50 | NA | NA | $0 | $0 |
| SIR Finance Corporation | Unsecured | $418.00 | $1,979.00 | $1,979.00 | $0 | $0 |
| Southwest Credit Systems | Unsecured | $196.26 | NA | NA | $0 | $0 |
| Specified Credit Assoc | Unsecured | $2,075.11 | NA | NA | $0 | $0 |
| St James Hospital | Unsecured | $100.00 | NA | NA | $0 | $0 |
| Stagmans Tax-Tician | Unsecured | $225.00 | NA | NA | $0 | $0 |
| Sterling & King | Unsecured | $360.00 | NA | NA | $0 | $0 |
| Sterling & King | Unsecured | $359.80 | NA | NA | $0 | $0 |
| Sunrise Credit Services,Inc. | Unsecured | $75.00 | NA | NA | $0 | $0 |
| Sunrise Credit Services,Inc. | Unsecured | $492.24 | NA | NA | $0 | $0 |
| Surety Finance | Unsecured | $303.00 | NA | NA | $0 | $0 |
| TeleCheck | Unsecured | $2,000.00 | NA | NA | $0 | $0 |
| Torres Credit | Unsecured | $1,410.00 | NA | NA | $0 | $0 |
| TRS Recovery Services Inc | Unsecured | $418.47 | NA | NA | $0 | $0 |
| Truelogic Financial Corp | Unsecured | $512.00 | NA | NA | $0 | $0 |
| Trustmark Recovery Services | Unsecured | $1,477.00 | NA | NA | $0 | $0 |
| United Cash Loans | Unsecured | $1,447.48 | NA | NA | $0 | $0 |
| University Of Chicago Physicians | Unsecured | $318.00 | NA | NA | $0 | $0 |
| US Bank | Unsecured | $373.50 | NA | NA | $0 | $0 |
| West Asset Management | Unsecured | $393.73 | NA | NA | $0 | $0 |

| **Summary of Disbursements to Creditors:** | Claim Allowed | Principal Paid | Interest Paid |
|---|---:|---:|---:|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0 | $0 | $0 |
| Mortgage Arrearage | $0 | $0 | $0 |
| Debt Secured by Vehicle | $0 | $0 | $0 |
| All Other Secured | $26,500.00 | $0 | $0 |
| **TOTAL SECURED:** | $26,500.00 | $0 | $0 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0 | $0 | $0 |
| Domestic Support Ongoing | $0 | $0 | $0 |
| All Other Priority | $41,207.78 | $9,531.94 | $0 |
| **TOTAL PRIORITY:** | $41,207.78 | $9,531.94 | $0 |
| **GENERAL UNSECURED PAYMENTS:** | $38,314.17 | $0 | $0 |

**Disbursements:**

| | |
|---|---:|
| Expenses of Administration | $4,683.26 |
| Disbursements to Creditors | $9,531.94 |
| **TOTAL DISBURSEMENTS:** | $14,215.20 |

UST Form 101-13-FR-S (09/01/2009)

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Date: February 9, 2011        By: /s/ MARILYN O. MARSHALL
                                           Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.